IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SELINA WILSON, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5821 |
| | : | |
| PHILADELPHIA DEPARTMENT OF | : | |
| HUMAN SERVICES (DHS), | : | |
| *Defendant*. | : | |

### ORDER

AND NOW, this 15th day of December 2025, upon consideration of Plaintiff Selina Wilson's Motion to Proceed *In Forma Pauperis* (Dkt. No. 1), and *pro se* Complaint (Dkt. No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of the **COURT** is **DIRECTED** to restrict access to Wilson's Complaint (Dkt. No. 2) to public terminal users only[1] because it contains personally identifiable and sensitive information, including the names of minor children. Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper."

---

[1] This limits viewing of this document electronically on ECF to court users, case participants, and those using the court computer in the Clerk's Office.

      4.      The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

      5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                       **BY THE COURT:**

                       */s/ Gerald J. Pappert*
                       **Gerald J. Pappert, J.**